TRIAL COURT CASE NO. <u>D-1-GN-23-007785</u>

§        IN THE DISTRICT COURT
§
§        TRAVIS COUNTY, TEXAS
§
§
§        JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/6/2025 10:16:37 AM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: <u>APRIL 14, 2025</u>

Type of Order (Interlocutory or Final) <u>FINAL</u>

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: <u>MAY 5, 2025</u>

Name of judge who entered judgment: <u>MARIA CANTU HEXSEL</u>

Name of court reporter: <u>CHAVELA CRAIN</u>

     Address of court reporter: <u>1700 GUADALUPE, 8TH FLOOR, AUSTIN, TX 78701</u>

Name of attorney on appeal: <u>TODD DISHER</u>     SB#: <u>24081854</u>

     Attorney Address: <u>408 W. 11TH STREET, 5TH FLOOR, AUSTIN, TX 78701</u>

     Attorney E-Mail Address: <u>todd@lkcfirm.com</u>

     Attorney on appeal (check applicable box):

         ☐ appointed     ☑ retained     ☐ Pro Se

Name of Appellee's Attorney: <u>TIMOTHY DUNN</u>     SB# <u>24050542</u>

     Attorney Address: <u>8131 LBJ FREEWAY, SUITE 700, DALLAS, TX 75251-1352</u>

     Attorney E-Mail Address: <u>taddunn@txmunicipallaw.com</u>

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: [3rdClerksAndReporters@txcourts.gov](mailto:3rdClerksAndReporters@txcourts.gov))

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____        By:_____(clerk's initials)